# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ROGELIO ROSA-DELGADO, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-31 |
| | * | |
| v. | * | |
| | * | |
| THE GEO GROUP, INC., MEDIC | * | |
| DEPARTMENT, WARDEN TRACY | * | |
| JOHNS, DR. RICH; and DR. THOMAS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Presently before the Court are Plaintiff Rogelio Rosa-Delgado's ("Rosa-Delgado") Objections to the Magistrate Judge's Report and Recommendation dated July 26, 2016. Dkt. No. 8. For the reasons stated below, the Court **OVERRULES** Plaintiff's Objections.

In his Objections, Rosa-Delgado contends that the Magistrate Judge improperly construed his claims as being brought pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). Though Plaintiff's support for this Objection is not clear, he indicates that he seeks to bring claims against Defendants under

state law. He further states that he is unsure whether his state claims should be brought in state or federal court. Dkt. No. 9, p. 15.

This Court, like all district courts of the United States is a Court of "limited jurisdiction." Exxon Mobil Corp. v. Allapattah Servs., Inc., 545 U.S. 546, 552 (2005) (quoting Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994)). The Court possesses only that power authorized by the Constitution and by Congress. Id. That authorization only confers jurisdiction over claims involving a federal question and those claims involving parties who are citizens of different states. See 28 U.S.C. §§ 1331 & 1332. Plaintiff's state law claims would not satisfy either of these jurisdictional prerequisites. Thus, to the extent that Plaintiff seeks to advance purely state law claims, he cannot do so in this Court.

The Magistrate Judge properly construed and considered Plaintiff's claims. Accordingly, after an independent and *de novo* review of the entire record, the Court **CONCURS** with and **ADOPTS** the Magistrate Judge's Report and Recommendation, as supplemented herein, as the opinion of the Court. Plaintiff's claims against all Defendants are **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and

to **CLOSE** this case. Further, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 23 day of September, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)